1  BRIAN L. TREMER (SBN 335904)
   btremer@fisherphillips.com
2  DANIELA G. CONTRERAS (SBN 352949)
   dcontreras@fisherphillips.com
3  FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
4  Irvine, California 92614
   Telephone: (949) 851-2424
5  Facsimile:  (949) 851-0152

6  Attorneys for Defendants
   W.K.S. RESTAURANT CORP., and EL POLLO
7  LOCO HOLDINGS, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JAMES WEST,<br><br>                Plaintiff,<br><br>      v.<br><br>SUNNYVALE/SANTA CLARA EL POLLO LOCO; WKS RESTAURANT GROUP; EL POLLO LOCO HOLDINGS INC; DOES 1-30,<br><br>                Defendants. | Case No:   24-cv-01840-HSG<br><br>**ORDER RE STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE (as modified)**<br>Date:             July 2, 2024<br>Time:             2:00 p.m.<br>Courtroom:    2 (4th Floor)<br>Judge:            Haywood S. Gilliam, Jr.<br><br>Complaint Filed: March 25, 2024<br>Trial Date:          None |

On June 24, 2024, Plaintiff JAMES WEST ("Plaintiff"), in pro se, and Defendants W.K.S. RESTAURANT CORP., and EL POLLO LOCO HOLDINGS, INC. ("Defendants") (collectively, the "Parties") filed a stipulation for an Order granting a continuance to the Initial Case Management Conference scheduled for July 2, 2024 at 2:00 p.m.

Having read and considered the stipulation, and good cause appearing therefore, **IT IS HEREBY ORDERED THAT**:

1. The Parties' Stipulation to Continue the Initial Case Management Conference is GRANTED.

2. The Initial Case Management Conference shall be continued to 8/6/2024 at 2:00 p.m. The Initial Case Management Conference will be held telephonically. The dial-in information and instructions remain the same as previously provided in docket no. 23.

**IT IS SO ORDERED.**

DATE: 6/24/2024                    By: _____
                                        HONORABLE HAYWOOD S. GILLIAM, JR.
                                        UNITED STATES DISTRICT COURT
                                        DISTRICT JUDGE