UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES WEST,

          Plaintiff,

v.

SUNNYVALE/SANTA CLARA EL POLLO LOCO, et al.,

          Defendants.

Case No. 24-cv-01840-HSG

**AMENDED SCHEDULING ORDER**

Having considered Plaintiff's administrative motion to extend the close of fact discovery, *see* Dkt. No. 43, the Court will provide Plaintiff with a modest continuance by moving the fact discovery deadline to the same date as the close of expert discovery. The Court presumes that this case is unlikely to involve expert reports, but if it will, they need to be completed by the dates below. The Court thus **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Exchange of Opening Expert Reports | May 23, 2025 |
| Exchange of Rebuttal Expert Reports | June 13, 2025 |
| Close of Fact and Expert Discovery | June 20, 2025 |

These dates may only be altered by order of the Court and only upon a showing of good cause. The Court is disinclined to grant any further extensions of time in this straightforward case, and the parties must complete all discovery as required by the revised schedule above. Further, the dispositive motion hearing deadline (August 7, 2025, at 2:00 p.m.), the pretrial conference date (October 28, 2025, at 3:00 p.m.) and the trial date (November 17, 2025, at 8:30 a.m.) are firm and

1  remain as currently set, and the Court will not move them unless there is an exceptionally strong
2  justification. The parties are directed to review and comply with this Court's standing orders.
3  This **TERMINATES** Dkt. No. 43.
4      **IT IS SO ORDERED.**
5  Dated: 4/14/2025

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge