Your name: James West

Address: P.O. Box 15251  SF, CA 94115

Phone Number:

E-mail Address: westjcourt@gmail.com

Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☑ Oakland ☐ San Jose ☐ Eureka

James West

Plaintiff,

vs.

Sunnyvale/El Pollo Loco et al

Defendant.

Case Number: 24-cv-01840-HSG

**ADMINISTRATIVE MOTION AND ORDER TO CHANGE DEADLINE FOR FILING** [document title]

Plaintiff's Reply to Defendants' Opposition

to Plaintiff's Rule 59 and 60 motion

Judge: Hon. Haywood S Gilliam Jr

MOTION TO CHANGE DEADLINE FOR FILING
Plaintiff's Reply to Defendants' Opposition to Plaintiff Rule 59 and 60 Motion

CASE NO. 24-cv-01840 _____; PAGE 1 OF 3 [*JDC TEMPLATE Rev.2017*]

1.   The *[title of document]* Plaintiff's Reply to Defendants' Opposition to Plaintiff's Rule 59 and 60 Motion

is currently due on *[date]* February 24, 2026

2.   I respectfully request that the Court change this deadline to *[ new date]* March 4, 2026

3.   I have  *[check box that applies]*:

☑ not already asked the Court to change this deadline.

☐ already asked the Court to change this deadline.

4.   This change is necessary because *[explain]*:

Plaintiff had a slip and fall and suffer an injury and is under going medical treatment by urgent care doctors.

5.   I believe changing this deadline *[check one]*:

☑ will not affect any other deadlines.

☐ may affect these other deadlines and dates *[list anything else that may need to be rescheduled, such as a hearing related to the papers need to file]*:

6.   The opposing side *[check box that applies and explain]*:

☐ has agreed to this change.

☑ has not agreed. I tried to obtain the opposing party's agreement to this change,

MOTION TO CHANGE DEADLINE FOR FILING
Plaintiff's Reply to Defendants Opposition to Plaintiff's Rule 59 and 60 Motion

CASE NO. 24-cv-01840                                    ; PAGE 2    OF 3 [*JDC TEMPLATE Rev.2017*]

but was unsuccessful. *[State who you tried to reach, when, and the person's response]*:

Plaintiff obtained medical treatment in the urgent care clinic today Feb 24, 2026

and was not able to contact Defendants counsel to discussion an extension

I declare under penalty of perjury that the above statements are true and correct.

Respectfully submitted,

Date: Feb 24, 2026

Signature:

Printed name: /s/ James West

Pro Se

[*Do not write below this line*]

Good cause appearing, the motion is GRANTED.  Plaintiff's reply to the defendant's opposition is due March 4, 2026.

IT IS SO ORDERED.

Date:    2/25/2026    [*For Judge*] Haywood S. Gill Jr.

[*Judge's name*]    Haywood S. Gilliam, Jr.
United States District Judge

MOTION TO CHANGE DEADLINE FOR FILING

CASE NO. 24-cv-01840    ; PAGE 3 OF 3 [*JDC TEMPLATE Rev.2017*]