James West
P.O. Box 15251
San Francisco, California 94115
westjcourt@gmail.com


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

James West,      pro se,

              Plaintiff,

        vs.

Sunnyvale/Santa Clara El Pollo Loco;

WKS Restaurant Group; El Pollo Loco

Holdings Inc. Does 1-30,

              Defendant

Case No.: 24-cv-01840

Motion for Leave to File Late Reply to Defendants Opposition to Rule 59 e And Rule 60 filed on Feb 2, 2026; ORDER (as modified)

April 9, 2026

Time:  2:00pm
Place:  Courtroom 2

Plaintiff respectfully moves this Court for leave to file a late Reply to Defendants Opposition to Plaintiff reconsideration of the January 5, 2026 order.

1)    On February 17, 2026, Defendants filed an opposition (DKT 98) to Plaintiff's motion to reconsider the rule 59 e and Rule 60 motion, February 2, 2026 DKT 95.

2)    Plaintiff had requested two prior extensions DKT 99 and DKT 101 both extensions were granted.

3)    Plaintiff's reply to Defendants opposition was due on March 5, 2026.

4)   Due to a relapse of Plaintiff's disabling medical condition affecting Plaintiff both mentally and physically, Plaintiff was unable to file the reply and because Plaintiff's recovery was undetermined, Plaintiff did not file a request for a third extension.

5)   The requested reply is attached as Exhibit A.

6)   FRCP 6(b)(1)B provides, the Court may extend a deadline after it has passed upon a showing of excusable neglect.

7)   Plaintiff's failure to file the reply on time was not intentional, but rather due to Plaintiff's a relapse of the disabling medical condition and undetermined recovery period.

8)   The delay will not prejudice opposing party as Defendants have filed an opposition and the Plaintiff's reply is optional.

### ORDER GRANTING LEAVE TO FILE A LATE REPLY

The Court, having reviewed the Motion for Leave to File Late Reply Brief, and finding good cause and excusable neglect,

IT IS HEREBY ORDERED that the Motion is GRANTED.  Plaintiff is directed to e-file his reply forthwith on the docket as a stand-alone document.

DATE:  3/18/2026

_____
United States District Judge